(December 15, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HEBERT HENRIQUEZ, Also Known as HERBERT HENRIQUEZ, Appellant. [41 NYS3d 898]—

Appeal from judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered April 20, 2010, convicting defendant, upon his plea of guilty, of grand larceny in the second and third degrees, and sentencing him, as a second felony offender, to an aggregate term of four to eight years, further held in abeyance, and the matter remanded for further proceedings in accordance herewith.

We previously held this appeal in abeyance (131 AD3d 902 [1st Dept 2015]) after finding that a disposition under *People v Saunders* (52 AD2d 833 [1976]) would be inappropriate. Upon consideration of the additional briefs filed by the parties, we now conclude that defendant should be afforded the opportunity to move to vacate his plea upon a showing that there is a "reasonable probability" that he would not have pleaded guilty had the court advised him of the possibility that his plea would lead to deportation (*People v Peque*, 22 NY3d 168, 198 [2013], *cert denied* 574 US —, 135 S Ct 90 [2014]). We have considered and rejected the People's preservation arguments. Accordingly, we remand for the remedy set forth in *Peque* (22 NY3d at 200-201), and we hold the appeal in abeyance for that purpose. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.